UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, BAY CITY DIVISION

IN RE:

NANCY J SPENCER

    Debtor,

                                      /

Case No. 10-20863-DSO
Chapter 7
HON. DANIEL S. OPPERMAN

## NOTICE OF CLAIMS UNDER $5.00

TO: CLERK OF THE COURT

    NOW COMES Daniel C. Himmelspach, Trustee, and states that he currently has funds in the amount of $6.71 for deposit in the U.S. Registry made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is Claims under $5.00 on behalf of the following creditors:

| Claim No. | Claimant | Amount of Dividend |
|---|---|---|
| 2 | Sulphur Springs Valley Electric Coop | $3.19 |
| 3 | City of Willcox | $3.52 |

Dated: November 9, 2011

/s/ Daniel C. Himmelspach
Daniel C. Himmelspach (P31950)
Chapter 7 Trustee
916 Washington, Ste. 305
Bay City, MI 48708
(989) 892-0400
trusteehimmelspach@gmail.com